UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MCDANIEL,

        Plaintiff,

  v.

DELANEY-IPPOLITO et al,

        Defendant.

Case Number: C07-3920 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifton Jerome McDaniel C-42540
Unit-2, 205L
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: November 29, 2007

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

*Cora Klein*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MCDANIEL,

        Plaintiff,

  v.

DELANEY-IPPOLITO et al,

        Defendant.

Case Number: C07-3920 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifton Jerome McDaniel C-42540
Unit-2, 205L
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: November 29, 2007

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

        *Cora Klein*