FILED
2007 DEC 20 AM 11:27
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFTON JEROME MCDANIEL, | C 07-03920 VRW |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| DELANEY-IPPOLITO, et al., | |
| Defendants. | |

Plaintiff Clifton Jerome McDaniel agrees to the voluntary dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(i).

Date: 10-29-07          Clifton McDaniel
                        Clifton McDaniel, Plaintiff in Pro Se

IT IS SO ORDERED.

Date: _____ 2007      _____
                        The Honorable Vaughn R. Walker
                        U.S. District Court Judge

Voluntary Dismissal w/ Prej.                    McDaniel v. Delaney-Ippolito, et al.
                                                C 05-2942 VRW

1